1

2

3

4

5

6

7

FILED
CLERK, U.S. DISTRICT COURT

10/29/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___jlo___ DEPUTY

8    UNITED STATES DISTRICT COURT

9    CENTRAL DISTRICT OF CALIFORNIA

10

UNITED STATES OF AMERICA,               )      Case No.:ED19MJ587-DUTY
                                        )
11                      Plaintiff,      )      ORDER OF DETENTION PENDING
                                        )      FURTHER REVOCATION
12                                      )      PROCEEDINGS
                 v.                     )      (FED. R. CRIM. P. 32.1(a)(6); 18
13   JUAN CARLOS CASTELLANOS,           )      U.S.C. § 3143(a)(1))
                                        )
14                                      )
                        Defendant.      )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the SOUTHERN District of

18   CALIFORNIA  for alleged violation(s) of the terms and conditions of probation or

19   supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.  (X)        The defendant has not met his/her burden of establishing by clear and

23                  convincing evidence that he/she is not likely to flee if released under

24                  18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

25              (X)    information in the Pretrial Services Report and Recommendation

26              (X)    information in the violation petition and report(s)

27              (X)     the defendant's nonobjection to detention at this time

28              (  )    other: Limited bail resources, Substance abuse, Non-compliance

1

1    while on supervision.

2        and/ or

3    B. ( ) The defendant has not met his/her burden of establishing by clear and

4        convincing evidence that he/she is not likely to pose a danger to the safety of

5        any other person or the community if released under 18 U.S.C. § 3142(b) or

6        (c).  This finding is based on the following:

7            ( )      information in the Pretrial Services Report and Recommendation

8            ( ) information in the violation petition and report(s)

9            ( ) the defendant's nonobjection to detention at this time

10           ( )      other:

11

12   IT THEREFORE IS ORDERED that the defendant be detained pending the further

13   revocation proceedings.

14

15   Dated: October 29, 2019

16                                        _____
                                          KENLY KIYA KATO
                                          United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28